IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LARRY DONELL GROVES                                                                    PETITIONER

VERSUS                                                        CIVIL ACTION NO. 1:10cv154-LG-RHW

UNITED STATES OF AMERICA                                                              RESPONDENT

ORDER

This cause comes before this Court, *sua sponte*. Having reviewed the docket entries, this Court finds that the Petitioner has failed to comply with the order [2] entered on April 21, 2010, as well as failing to provide this Court with a change of address. On May 3, 2010, this Court received from the postal service the envelope [3] containing a copy of the order [2] entered on April 21, 2010. The envelope [3] had a notation "return to sender, not deliverable as addressed, unable to forward." The Petitioner has failed to provide this Court with a change of address since he filed the instant petition for habeas relief on April 9, 2010.

Therefore, out of an abundance of caution, the Petitioner will be granted an extension of time to provide this Court with a current address as well as comply with this order. The Petitioner is directed to provide the name of the proper respondent for the facility where he was incarcerated at the time he filed the instant petition for habeas relief, the Sheriff or Warden of Pearl River County Jail, as directed by the order [2] entered on April 21, 2010.

Additionally, the Petitioner is directed to filed a response and state if he has exhausted his administrative remedies as set forth in 28 C.F.R. § 542 (2006). The Petitioner is further directed to submit a copy of any documentation from the Bureau of Prisons stating that he has exhausted his administrative remedies as set forth in 28 C.F.R. § 542 (2006). Accordingly, it is

ORDERED that **on or before July 19, 2010**, the Petitioner is directed to provide this Court with a current address.

IT IS FURTHER ORDERED that **on or before July 19, 2010**, the Petitioner is directed to comply with the order [2] entered on April 21, 2010, by providing the name of the Sheriff or Warden of Pearl River County Jail.

IT IS FURTHER ORDERED that **on or before July 19, 2010**, the Petitioner is directed to state (a) if he has exhausted his administrative remedies as set forth in 28 C.F.R. § 542 and (b) provide a copy of any documentation from the Bureau of Prisons stating that he has exhausted his administrative remedies as set forth in 28 C.F.R. § 542 (2006).

**The Petitioner is warned that failure to comply with this order will be interpreted by the Court as a failure to prosecute and may result in this cause being summarily dismissed.**

This the 15th day of June, 2010.

      *s/ Robert H. Walker*
      UNITED STATES MAGISTRATE JUDGE